IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**GEORGIANA MARIE P.,**

    **Plaintiff,**

vs.                                                       CIV NO. 1:25-cv-00057-KRS

**FRANK BISIGNANO,**[1]
**Acting Commissioner of Social Security,**

    **Defendant.**

## ORDER FOR EXTENSION

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion for Extension of Time to File Motion to Reverse and Remand to the Agency[2] (the "Motion"), (Doc. 13), it being stated that Defendant concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Plaintiff file her Motion to Reverse or Remand to the Agency no later than **June 18, 2025**.

/

/

/

---

[1] Frank Bisignano became the Acting Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

[2] The Court notes that Plaintiff's statement that she has not previously requested an extension of time is incorrect. On April 18, 2025, Plaintiff filed her first unopposed motion for an extension of time. *See* (Doc. 11). Hence, the Court is taking into consideration that this is Plaintiff's second request for an extension of time to file her Motion to Reverse and Remand.

**IT IS FURTHER ORDERED** that Defendant may file a response, if any, by **July 18, 2025**. Plaintiff may file a reply, if any, fourteen (14) days after Defendant files his response.

*/s/ Kevin Sweazea*
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE