## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**GEORGIANA M. P.,**

      **Plaintiff,**

     **vs.**                       **CIV NO. 1:25-cv-00057-KRS**

**FRANK BISIGNANO,**
**Commissioner of Social Security Administration,**

      **Defendant.**

## JUDGMENT

Having granted Plaintiff Georgiana M. P.'s ("Plaintiff") Motion to Reverse and Remand to Agency with Supporting Memorandum, (Doc. 15), in an order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

 

**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**